# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK BALCH, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RAILROAD | : | |
| PASSENGER CORPORATION, | : | No. 19-1237 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **24th** day of **September 2020**, due to the ongoing coronavirus pandemic, it is **ORDERED** that:

1. The trial of this matter, currently scheduled to begin on October 26, 2020, is **CONTINUED**. The Court will issue a new trial date at a future date.

2. The parties will notify the Court if this matter settles.

**BY THE COURT:**

**/s/ Berle M. Schiller**
**Berle M. Schiller, J.**